# UNITED STATES DISTRICT COURT

for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BBNDD LLC, and BRITANI BACHE,** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:26-cv-00412-NRB |
| | ) |
| | ) |
| **LEGACY CAPITAL 26, et al** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

Lisandro Luna, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on February 16, 2026, at 4:03 pm at 478 Midwood St, Brooklyn, NY 11225, Deponent served the within Summons in a Civil Action, Civil Cover Sheet, Amended Complaint, Exhibit(s), with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: YITZCHOK WOLF (hereinafter referred to as "subject") by leaving the above documents at the dwelling place or usual place of abode of YITZCHOK WOLF with Dina Leads who is of suitable age and discretion and the Co-Resident of YITZCHOK WOLF on February 16, 2026 4:03 pm to their last known address at 478 Midwood St, Brooklyn, NY 11225. First class mailing was completed on March 2, 2026 by depositing the above listed documents in a USPS Mailbox in an envelope marked personal and confidential.

Additional Description:
Plate number LLD-912
My perception of the description of the individual served is as follows:
White Female, est. age 45-54, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.6604838067,-73.9447195621
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

[✓] I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the

State or Federal statutes.

Executed in

_Kings County_                                  ,

_NY_      on  _3/9/2026_              .

/s/ *Lisandro Luna*
_____
Signature
Server Name: Lisandro Luna
License#: 2011018-DCA

PROOF TECHNOLOGY NEW YORK ,  LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA



Exhibit 1a)