UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BBNDD, LLC, et al,

                          Plaintiffs,                    Civ. A. No.: 1:26-cv-00412

          -v-

CROWN FUNDING SOURCE, LLC, et al,

                          Defendants.

## CLERK'S CERTIFICATE OF DEFAULT

I, TAMMYI M. HELLWIG, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on *January 16, 2026*, with the filing of a summons and complaint, and an Amended Complaint [operative] filed on *January 26, 2026* (EFC Doc 3), a copy of the summons and amended complaint as served on defendant(s) **Yitzchok Wolfe**, by personally serving *Dina Leads (co-resident)* and proof of service was thereafter filed on *March 16, 2026*, Doc. *#16*; **Bridge Fund Capital, LLC**, by personally serving *Queenniziga Muhammad (Clerk Secretary of State of New York)* and proof of service was thereafter filed on *March 16, 2026*, Doc. *#9*; **Yes Capital Funding Group, LLC**, by personally serving *Queenniziga Muhammad (Clerk Secretary of State of New York)* and proof of service was thereafter filed on *March 16, 2026*, Doc. *#8; and* **Tiger Capital, LLC**, by personally serving *Queenniziga Muhammad (Clerk Secretary of State of New York)* and proof of service was thereafter filed on *March 16, 2026*, Doc. *#14.* I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the

1

complaint herein. The default of the Defendants is hereby noted pursuant to Rule 55(a)(b)(1) of

the Federal Rules of Civil Procedure.


Dated: _____

Clerk of Court
United States District Court
Southern District of New York


_____

By: Deputy Clerk