UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BBNDD, LLC, et al, | Civ. A. No.: 1:26-cv-00412 |
| Plaintiffs, | **AFFIRMATION OF SHANE R. HESKIN IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)** |
| -v- |  |
| CROWN FUNDING SOURCE, LLC, et al, |  |
| Defendants. |  |

SHANE R. HESKIN, of full age, hereby certifies and states:

1.    I am an attorney-at-law of the State of New York and a partner of the law firm of Heskin & Proper, PLLC, attorneys for plaintiffs, BBNDD, LLC and BRITANI BACHE, in the above captioned matter. As such, I have personal knowledge of the facts contained herein.

2.    I make this affirmation in support of Plaintiffs' application for the entry of default against Defendants, pursuant to Federal Rule of Civil Procedure 55(a).

3.    The Complaint in this matter was filed on January 16, 2026. (EFC Doc 1), with an Amended Complaint filed on January 26, 2026 (EFC Doc 3).

4.    The Summons and a copy of the Amended Complaint in this action were served upon defendant Yitzchok Wolfe on February 16, 2026, as appears from the Affidavit of Service filed with the Court on March 16, 2026 (EFC Doc. 16).

5.    The Summons and a copy of the Amended Complaint in this action were served upon defendant Bridge Fund Capital, LLC on February 17, 2026, as appears from the Affidavit of Service filed with the Court on March 16, 2026 (EFC Doc. 9).

6.    The Summons and a copy of the Amended Complaint in this action were served upon defendant Yes Capital Funding Group, LLC on February 17, 2026, as appears from the Affidavit of Service filed with the Court on March 16, 2026 (EFC Doc. 8).

1

7.      The Summons and a copy of the Amended Complaint in this action were served upon defendant Tiger Capital, LLC on February 17, 2026, as appears from the Affidavit of Service filed with the Court on March 16, 2026 (EFC Doc. 14).

8.      Defendant Yitzchok Wolfe's time to answer or otherwise respond expired on March 9, 2026 and has not answered or otherwise moved with respect to the Complaint.

9.      Defendant Bridge Fund Capital, LLC's time to answer or otherwise respond expired on March 10, 2026 and has not answered or otherwise moved with respect to the Complaint.

10.     Defendant Yes Capital Funding Group, LLC's time to answer or otherwise respond expired on March 10, 2026 and has not answered or otherwise moved with respect to the Complaint.

11.     Defendant Tiger Capital, LLC's time to answer or otherwise respond expired on March 10, 2026 and has not answered or otherwise moved with respect to the Complaint.

12.     Accordingly, this request is being made for the entry of default against Defendants, Yitzchok Wolfe, BRIDGE FUND CAPITAL, LLC, YES CAPITAL FUNDING GROUP, LLC and TIGER CAPITAL, LLC in the above-captioned matter.

Dated: New York, New York
         July 14, 2026

**HESKIN & PROPER, PLLC**

*/s/ Shane R. Heskin*
Shane R. Heskin
641 Lexington Avenue, 14th Floor
New York, N.Y. 10022
(917) 362-1313
shane@heskinproper.com
*Counsel for Plaintiff*

2

3