UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
BBNDD LLC, and
BRITANI BACHE,

Plaintiffs,

v.

LEGACY CAPITAL 26 LLC, UNLIMITED FUNDING GROUP LLC, DYNASTY CAPITAL 26 LLC, ELEVEN CAPITAL LLC, VIKING CAPITAL, BRIDGE FUNDING CAPITAL LLC, d/b/a/ FORMULA PAYMENT PROCESSOR, YES CAPITAL FUNDING GROUP, LLC d/b/a YES FUNDING SERVICES, TIGER CAPITAL LLC, C TWINS LLC, OXFORD CAPITAL GROUP LLC, COLIN MOORE, CHANAN FUZAILOV, YITZCHOK WOLF, and SIMON KHAIMOV

Defendants.
-------------------------------------------X

**ORDER**

26 Civ. 412 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** a certificate of default was previously entered by the Clerk of Court on July 15, 2026, ECF No. 40, with respect to defendants Bridge Funding Capital LLC ("Bridge"), Yes Capital Funding Group LLC ("Yes"), and Yitzchok Wolf ("Wolf"); and

**WHEREAS** Bridge, Yes, and Wolf have now appeared through counsel; and

**WHEREAS** plaintiffs have consented to the vacatur of the Certificate of Default against Bridge, Yes, and Wolf, ECF No. 50

at 2-3; it is hereby

**ORDERED** that the Certificate of Default, ECF No. 40, is vacated with respect to Bridge, Yes, and Wolf; and it is further

**ORDERED** that plaintiffs are granted permission to file a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

Dated: New York, New York
August 18, 2026

Naomi Reice Buchwald

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE